**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Sentinel Insurance Company, Ltd., | ) | CV 11-1194-PHX-PGR |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| Broan-NuTone, L.L.C., et al., | ) ) | |
| Defendants. | ) ) | |
| | ) | |

Before the Court is Plaintiffs' Motion for Leave to Amend Complaint. (Doc. 10.) Defendant does not oppose the motion. (*See* Doc. 11, Ex. B.)

Rule 15(a)(2) of the Federal Rules of Civil Procedure provides that leave to amend should be freely given when justice so requires. Further, the Court finds neither bad faith, prejudice, unduly delay, nor futility of amendment. *See Roth v. Garcia Marquez*, 942 F.2d 617, 628 (9th Cir. 1991).

Accordingly,

IT IS HEREBY ORDERED granting Plaintiff's Motion for Leave to Amend (Doc. 10).

DATED this 6th day of September, 2011.

Paul G. Rosenblatt
United States District Judge